IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| B.A.Y., | : | |
| | : | |
| Petitioner, | : | Case No. 4:25-cv-303-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| v. | : | |
| | : | Case No. 4:25-cv-168-CDL-ALS |
| | : | 28 U.S.C. § 2241 |
| Warden STEWART | : | |
| DETENTION CENTER, | : | |
| *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

On October 7, 2025, the Court received Petitioner's petition for writ of habeas corpus, docketed as *Yousef v. Warden*, Case Number 4:25-cv-303 ("*Yousef*") (ECF No. 1). However, Petitioner previously filed a habeas petition with the Court, which was docketed as *Barnabas v. Warden*, Case Number 4:25-cv-168-CDL-ALS ("*Barnabas*"). Both petitions raise nearly identical claims. On October 24, 2025, Respondents brought these duplicate petitions to the Court's attention through their Motion to Consolidate Cases (ECF No.5). Respondents request that *Yousef* and *Barnabas* be consolidated, and *Yousef* administratively closed. *Id.*

Rule 42(a) of the Federal Rules of Civil Procedure authorizes this Court to consolidate actions that "involve a common question of law or fact." Fed. R. Civ. P. 42(a). "A district court's decision whether to consolidate [under Rule 42(a)] is 'purely discretionary.'" *Eghnayem v. Boston Sci. Corp.*, 873 F.3d 1304, 1313 (11th Cir. 2017) (quoting *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985)).

Exercising this "considerable" discretion requires weighing the risk of prejudice and confusion that could be caused by consolidation against considerations of judicial economy and the prejudice that duplicative litigation may cause, among other considerations. *Id.* (quoting *Hendrix*, 776 F.2d at 1495).

Here, consolidation of Petitioner's cases will conserve judicial resources and permit the efficient resolution of Petitioner's claims. Therefore, Respondent's Motion to Consolidate Cases (ECF No. 5) is **GRANTED**. It is **ORDERED** that cases, 4:25-cv-303-CDL-AGH and 4:25-cv-168-CDL-ALS, be **CONSOLIDATED** and that case 4:25-cv-303-CDL-AGH be **ADMINISTRATIVELY CLOSED**.

**SO ORDERED**, this 29th day of October, 2025.

                                               s/ *Amelia G. Helmick*
                                             UNITED STATES MAGISTRATE JUDGE