IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| B.A.Y.,[1] | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-168-CDL-ALS |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, | : | |
| | : | |
| | : | |
| Respondent. | : | |

**ORDER**

Pending before the Court is Respondent's motion to dismiss Petitioner's application for habeas corpus relief. (Docs. 5, 1). In relevant part, Respondent asserts that Petitioner has not met his evidentiary burden under *Zadvydas v. Davis*, 533 U.S. 678 (2001), to show that there is no significant likelihood of removal in the reasonably foreseeable future. (Doc. 5, at 8-9). Further complicating the Court's consideration of Respondent's contentions in the motion, on October 7, 2025, Petitioner filed a second application for habeas corpus relief <u>after</u> briefing on Respondent's motion to dismiss had concluded. *B.A.Y. v. Warden*, No. 4:25-cv-303-CDL-AGH (M.D. Ga.) ("*B.A.Y. II*"). On October 29, 2025, that case was consolidated into this case. (Doc. 7). In *B.A.Y II*, Petitioner alleged under penalty of perjury that Ethiopia rejected his travel document application and that the United States Immigration and Customs Enforcement was aware of that rejection. (*B.A.Y. II* Doc. 1, at 3). However, in support of the motion to dismiss filed on July 18, 2025 in this case, Respondent submitted the sworn declaration of Deportation Officer Jeffrey Knowles – signed and filed with the Court on July 18, 2025 – declaring that Petitioner's travel document request

---

[1] It appears that Petitioner should be referred to as B.A.Y. (Doc. 4). The Clerk is **directed** to make this change to the docket.

remained pending as of that date. (Doc. 5-1, at 2). As of the date of this Order, Petitioner has not filed a response to the motion to dismiss.

In order to provide the parties an opportunity to address Petitioner's later claim that Ethiopia has denied his travel document request, Respondent is **ORDERED** to file a supplemental brief no longer than five (5) pages **within fourteen (14) days** updating its response to address whether Ethiopia denied Petitioner's travel document request after July 18, 2025, as well as any other developments which may bear on the Court's consideration of whether there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future. Respondent may attach as exhibits such documentation necessary to support Respondent's supplemental contentions. Petitioner shall have **seven (7) days** following the filing of Respondent's supplemental brief to file any desired response no longer than five (5) pages, which may include documentary exhibits in support thereof. If Respondent believes a reply is necessary, Respondent may file a motion requesting leave to do so and setting forth the reasons for seeking a reply. Thereafter, the Court will consider this matter and issue a Recommendation.

**SO ORDERED**, this 15th day of December, 2025.

                                                                               s/ **ALFREDA L. SHEPPARD**
                                                                               UNITED STATES MAGISTRATE JUDGE