IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

BARNABAS A YOSEF,                                    *

        Petitioner,                          *

v.                                                               Case No.  4:25-cv-168-CDL-ALS

                                              *

WARDEN, STEWART DETENTION CENTER,
*et al.,*                                            *

        Respondents.                         *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 2/25/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 25th day of February, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk